# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA** )<br>)<br>v.        )<br>)<br>**OSCAR NOE RECINES-GARCIA, et al.,** )<br>)<br>**Defendants.** )<br>) | Criminal No.<br>15-10338-FDS |

## ORDER ON GOVERNMENT'S MOTION TO SEAL
## VICTIMS' NAMES AND ADDRESSES

**SAYLOR, J.**

The government has moved that the Court seal the names and addresses of the victims who have provided, or will provide, oral or written victim impact statements to the Court during the defendants' sentencing hearings. The government states that public disclosure of the victims' names and addresses poses a threat to their safety and security. No opposition has been filed.

In light of the documented history of threats and violence against witnesses, potential witnesses, and rival gang members by defendants and other members and affiliates of MS-13, good cause has been shown for the request. Accordingly, it is hereby ORDERED that the names and addresses of any identified victims who have provided, or will provide, oral or written victim impact statements in this matter, including but not limited to those made at the sentencing hearings of Bryan Galicia Barillas, a/k/a "Chucky," on March 22, 2018; Hector Ramirez, a/k/a "Cuervo," on April 11, 2018; Joel Martinez, a/k/a "Animal," on May 21, 2018; and Noe Salvador Perez Vasquez, a/k/a "Crazy," on July 17, 2018, shall be sealed pending further order of the Court.

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor |
|  | F. Dennis Saylor IV |
| Dated:  September 14, 2018 | United States District Judge |